IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No.  06-20021 09-3054 |
| ALBERTO PEREZ-JACOME, | ) ) | |
| Defendant. | ) ) | |

**MEMORANDUM AND ORDER**

Alberto Perez-Jacome was convicted following a jury trial of conspiracy to possess with intent to distribute methamphetamine, cocaine, and marijuana; possession with intent to distribute 50 grams or more of methamphetamine; possession with intent to distribute 500 grams or more of cocaine; and possession with intent to distribute marijuana. He received a 132-month sentence. Mr. Perez-Jacome filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (doc. 683). This court denied that motion on August 11, 2011 (doc. 689).

**Certificate of Appealability**

Effective December 1, 2009, Rule 11 of the Rules Governing Section 2255 Proceedings states that the court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right."

28 U.S.C. § 2253(c)(2).[1]  To satisfy this standard, the movant must demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Saiz v. Ortiz*, 393 F.3d 1166, 1171 n.3 (10th Cir. 2004) (quoting *Tennard v. Dretke*, 542 U.S. 274, 282 (2004)).  For the reasons stated in this court's denial of his § 2255 motion (doc. 689), Mr. Perez-Jacome has not made a substantial showing of the denial of a constitutional right.  The court therefore denies a certificate of appealability.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendant's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (doc. 683) is denied a certificate of appealability.

**IT IS SO ORDERED** this 24th day of August, 2011.


s/ John W. Lungstrum

John W. Lungstrum

United States District Judge

---

[1] The denial of a § 2255 motion is not appealable unless a circuit justice or a circuit or district judge issues a certificate of appealability. *See* Fed. R. App. P. 22(b)(1); 28 U.S.C. § 2253(c)(1).